SECURITY–FIRST NATIONAL BANK OF LOS ANGELES, Appellant and Appellee, v. John A. JORGENSON, Appellee and Appellant.

No. 9716.

Circuit Court of Appeals, Ninth Circuit.

Jan. 9, 1941.

Raymond R. Hails and John A. Jorgenson, both of Los Angeles, Cal., for appellee and appellant Jorgenson.

Thorpe & Bridges and Roane Thorpe, all of Los Angeles, Cal., for appellant and appellee Security First Nat. Bank.

Before WILBUR, GARRECHT, and STEPHENS, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeals herein be dismissed, that a decree be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.